IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TINA LOUISE DENNIS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br><br>**1:25-cv-03387-SDG-CMS** |

**STIPULATION TO DISMISS AS TO EQUIFAX ONLY**

Plaintiff Tina Louise Dennis and Defendant Equifax Information Services, LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: January 26, 2026

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407

235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

<u>/s/ Katherine McFarland Stein</u>
Katherine McFarland Stein
Ga. Bar No. 25442
Equifax Legal Department
Legal Counsel – Litigation
1550 Peachtree St. NW
Atlanta, GA 30309
404-885-8066
Email:  kate.stein@equifax.com

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2026, I filed a true and correct copy of the foregoing document with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

<u>/s/ Joseph P. McClelland</u>
Joseph P. McClelland